

**RECEIVED**

MAY 2 2 2008
MAY 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

Kimyuna K Jackson

v.

Defendant(s)

Illinois Department of Labor

08CV2969
JUDGE GRADY
MAG. JUDGE DENLOW

**COMPLAINT**

This compliant is in regards to IDOC WC NO: 07-003435. I was discriminated during a hearing. I continued to inform the Judge that Chicago Public School doesn't give pay roll advances on unverifiable work. He didn't listen didn't let me speak. I submitted a request for review on denial decision on march. The decision had been denied after I supplied them with the evidence that proved. I wasn't given a payroll advance. I am asking that the conduct of this Judge be investigated, and I am asking for 300 million dollars.

1-800 642-3112

# Office of the Governor Intake Calls

DATE: 5/21/08

INFORMATION TAKEN BY: _____

CONSTITUENT NAME: Kimyuna K Jackson

PHONE NUMBER: (708) 668-3035

ADDRESS: 8744 S. Bennett
Chgo Il 60617

**RECEIVED**
MAY 21 2008
Governor's Chicago Office

COMMENTS: This compliant is in regards to IDOC WC NO: 07-003435. During hearing I continued to inform the Judge that Chicago Public School doesn't give payroll advances on unveritable work. He didn't want to hear anything I had to say. I told him that during payroll disputes those day were unvertifable, and as told by Ms Porter a payroll clerk for Chicago Public School, if those days cannot be vertified than I would not be paid. The judge didn't even let me speak during the hearing.



## ILLINOIS DEPARTMENT OF LABOR

Rod R. Blagojevich
Governor

Catherine M. Shannon
Director

April 1, 2008

Ms. Kimyuna Jackson
7710 S. Avalon Ave.
Chicag, IL 60619

**REQUEST FOR REVIEW DENIED**
Illinois Wage Payment and Collection Act
820 ILCS 115/1-16

*Jackson v. Chicago Board of Education,*
IDOL WC No.: 07-003435

Dear Ms. Jackson:

The Department has reviewed your protest of the dismissal of your wage claim application. We must deny your request that the dismissal be set aside. Your application was properly dismissed.

This determination is based solely on the provisions of the above-referenced Act and does not bar any other civil or criminal remedy that may be available to you.

Very truly yours,

Claudia D. Manley
Chief Administrative Law Judge

MICHAEL A. BILANDIC BUILDING
160 NORTH LASALLE STREET, SUITE C-1300
CHICAGO, ILLINOIS 60601-3150
(312) 793-2800
Fax: (312) 793-5257

ONE WEST OLD STATE CAPITOL PLAZA
3RD FLOOR
SPRINGFIELD, ILLINOIS 62701
(217) 782-6206
Fax: (217) 782-0596

REGIONAL OFFICE BUILDING
2309 WEST MAIN STREET, SUITE 108
MARION, ILLINOIS 62959
(618) 993-7090
Fax: (618) 993-7256





**CHICAGO PUBLIC SCHOOLS**

Arne Duncan, Chief Executive Officer

**Department of Human Resources**
**Office of Labor and Employee Relations**

Cheryl J. Colston
Director

Thomas A. Krieger
Assistant Director

November 6, 2007

Sharon Bailey
Lisa R. Caridine
Reshorna M. Fitzpatrick
Alan N. Grossman
Thomas M. Owens

**AMENDED**

Marilyn Stewart
President
Chicago Teachers Union
222 Merchandise Mart Plaza, Suite 400
Chicago, Illinois 60654

Re:  Kimyuna Jackson
     000000000521/07-07-027 (emc)

Dear Ms. Stewart:

On September 19, 2007, we issued a grievance decision stating that the grievance was resolved. A copy of that September 19, 2007 decision is attached for your information. That decision was issued in error. After the decision was issued, we discovered that there is no time reported for the grievant for April 25, 2007. Accordingly, the grievant is not entitled to the requested relief.

Decision: As such, the grievance is denied.

Sincerely,

Cheryl J. Colston

CJC:gg
Enclosure

cc:    Kimyuna Jackson
       Eileen Camacho
       Angela Alonzo