

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **Kimyuna K Jackson**
(Please print)

STREET ADDRESS: **P.O. Box 768**

CITY/STATE/ZIP: **Bellwood IL 60104**

PHONE NUMBER: **(708) 668-3035**

CASE NUMBER: **08CV2969**
**JUDGE GRADY**
**MAG. JUDGE DENLOW**

_Kimyuna Jackson_          _5/21/08_
Signature                    Date

FILED
MAY 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT