# United States District Court
## Northern District of Illinois
### Eastern Division

Jackson                        **JUDGMENT IN A CIVIL CASE**

         v.                              Case Number: 08 C 2969

Illinois Dept. Of Labor

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff has filed to state a claim on which relief may be granted. Therefore, pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), this case is dismissed, and the application for leave to proceed <u>in forma pauperis</u> and motion for appointment of counsel are denied as moot.

                                                    Michael W. Dobbins, Clerk of Court

Date: 5/29/2008                           _____

                                                    /s/ Jackie Deanes, Deputy Clerk